State, *ex rel.* R. L. May, Relator, v. Paul C. Albritton, as Judge, Etc., Respondent.

*J. T. Watson* and *Whitaker Brothers,* for Relator.
*Paul C. Albritton,* in Proper Person.

State, *ex rel.* Southern Brewing Company, a corporation, Relator, v. Paul C. Albritton, as Judge, Etc., Respondent.

*Macfarlane, Jackson, Hansbrough & Ferguson* and *Waller & Pepper,* for Relator.
*Paul C. Albritton,* in Proper Person.

Stanley A. Weida, Plaintiff in Error, v. E. J. Bacon, *et al.,* Defendants in Error.

John B. Singeltary, for Plaintiff in Error.
Ralph House, for Defendant in Error.

Wauchula State Bank, a Corporation, Appellant v. L. J. Carlton, as Tax Collector, Etc., Appellee.

W. W. Whitehurst, for Appellant.

*S. D. Williams, Cary D. Landis,* Attorney General, *H. E. Carter* and *J. V. Keen,* Assistant Attorneys General, for Appellee.

State of Florida, *ex rel.* Gulf Life Insurance Company, a Florida Corporation, Relator, v. The City of Live Oak, a Municipal Corporation under the Laws of Florida, Respondent.

*Loftin, Stokes & Calkins, Scott M. Loftin, Robert H. Anderson* and *Harold B. Wahl,* for Relator.

*Alfred T. Airth,* for Respondent.

H. O. Brown and Florence E. Brown, Appellants. v. Home Owners Land Corporation, a Corporation, Appellee.

*H. O. Brown,* for Appellants.

*Baxter & Clayton,* for Appellee.

Grand Lodge Knights of Pythias of North America, Etc., Appellant, v. John L. Nixon, as Administrator, Etc., Appellee.

*McGill & McGill,* for Appellant.

*G. A. K. Sutton,* for Appellee.

M. A. Smith, as Liquidator, Etc., Appellant, v. Edward Seifert, *et al.,* Appellees.